FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT FOR THE STATE OCT 19 2007

OF ARKANSAS, EASTERN DIVISION, 8th CIRCUIT JAMES W. McCORMACK, CLERK

By:_____ DEP CLERK

Michael Cave                                        Plaintiff

        vs            Civil Action No. 5:07C.OO 266 Gmm|BD

Larry Norris, Director                              Defendants

Rick Toney, Warden

Dr. Shah, CMS Doctor

Sandra Ferrell, CMS RN/HSA

Wendy Kelly, Deputy Director

This case assigned to District Judge Moody
and to Magistrate Judge Deere

I.

JURISDICTION AND VENUE

This is a Civil Action authorized by 42 U.S.C.S. Section 1983 to
redress the deprivation, under Color of State Law, of Rights secured by
the Constitution of the United States. The Court has jurisdiction under
28 U.S.C.S. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory
relief pursuant to 28 U.S.C. Section 2283 and 2284 and Rule 65 of the
Federal Rules of Civil Procedure.

The Eastern District of the State of Arkansas is an appropriate
venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events
giving rise to this claim occurred.

(1)

II

## PLAINTIFF

Plaintiff Michael Cave, is and was at all times mentioned herein a prisoner of the State of Arkansas in the custody of the Department of Corrections. He is currently confined in the JCJ/CF Unit in Pine Bluff, Arkansas.

III

## DEFENDANTS

Defendant Larry Norris, is the Director of the State of Arkansas Department of Corrections. He is legally responsible for the overall operation of the Department and each institution under its' jurisdiction including the JCJ/CF Unit in Pine Bluff, Arkansas.

Defendant Rick Toney, is the warden of the JCJ/CF unit in Pine Bluff, Arkansas. He is legally responsible for the operation of the JCJ/CF Unit and for the welfare of all inmates of that prison.

Defendant Dr. Shah, is a Doctor employed by CMS of St. Louis, MO. and assigned to the JCJ/CF Unit of the Departmnet of Corrections for the State of Arkansas. Who at all times mentioned in this complaint held the position of Doctor for the JCJ/CF Unit in Pine Bluff, Arkansas.

(2)

Defendant Sandra Ferrell, is employed by CMS of St. Louis, MO. and is assigned to the JCJ/CF Unit in Pine Bluff, Arkansas as an RN/HSA in charge of the infirmary. Who at all times mentioned in this complaint held the position of RN/HSA in charge of the infirmary at the JCJ/CF Unit in Pine Bluff, Arkansas.

Defendant Wendy Kelly, is the Deputy Director of the Department of Corrections for the State of Arkansas. Who at all times mentioned in this complaint held the position of Deputy director for the Department of Corrections and each institution under its jurisdiction including the JCJ/CF Unit in Pine Bluff, Arkansas.

IV

## FACTS OF CASE

On December 19th, 2005, Plaintiff arrived at the Department of Corrections Diagnostic Unit, where Plaintiff was met by a Sgt.Hamilition where Plaintiff was relieved of all Government prescribed Medications. Plaintiff personally watched Sgt. Hamilition go thru each and every Medication and throw them into the trash. (see Exhibit 1 Medications list) Sgt Hamilition informed Plaintiff that he did not need these Medications anymore. These medications were prescribed by Federal Government Doctors (VA) for Plaintiff's "Heart and PTSD" conditions.

(3)

Plaintiff states that upon his incarceration, Defendants' refused him access to properly prescribed Medication for a 'disease" which if left untreated is potentially fatal. Moreover Defendants have allegedly ignored repeated orders of Hospital Physicans who prescribed medications and various other treatments.

In the attached Exhibits the Court will see a pattern of non treatment by the infirmary at the JCJ/CF Unit. Plaintiff states that he has exhausted his State Remedies in trying to get his Medications and that the Defendants have created a violation of Eighth Amendment Rights of Cruel and Unusual punishment.

The power ofthe Federal Courts to adjudicate an inmate's compalint about Medical Treatment requires that a Federal Right to be involved in the medical Treatment, the inmate must allege the presence of a Federally protected right. Several Federally protected rights have been named by the Federal Courts in Medical Treatment cases:

(1) Right to due process of Law under the Fifth and Fourteenth Amendments. The due process right has been couched in terms of the inmate's right to be free from an abuse of discretion on the part of prison administrators; protection from unconstitutional administrative action; protection of an inmates Life and Health from administrative action.

(2) Right to be free from the inflicition of Cruel and Unusual Punishments as guaranteed by the Eighth Amendment. Violation of Eighth Amendment rights has been found when there is an intentional denial of needed Medical Care, or when a prison offical's conduct indicates Deliberate Indifference to the medical needs of inmates.

(4)

Plaintiff states that in reference to Dr Shah's behavior about
Medications, that Dr Shah refused Plaintiff's CLOPIDOGREL BISULFATE
(Plavix), and made it impossible for Plaintiff to walk any dsitance, when
before Dr Shah's actions/inactions Plaintiff could walk a mile in
twenty three (23) minutes without stopping. Now Plaintiff is "Lucky"
to be able to walk a half block before having to stop and rest. This
is only one Medication DC'D by Dr Shah to envoke an Eighth Amendment
violation.

The elementary principles established the Government's obligation
to provide Medical Care for those whom it is punishing by incarceration.
An inmate must rely on on prison authorities to treat his Medical needs, if
the authorities fail to do so, those needs will not be met.

In worst cases, such a failure may actually produce physical
"Torture or a Lingering Death". In re. Kemmler, supra, the evils of most
immediate concern to the drafters' of the Amendment. In less serious
cases, denial of Medical Care may result in pain and for no penological
purpose. CF. Gregg v Georgia, supra at 182 183 (joint opinion). The
infliction of such unnecessary suffering is inconsistent with
contemporary standards of decency as manifested in modern legislation
codifying the common Law view that "it is but just that the public be required
to care for the prisoner, who cannot by reason of the deprivation of his
liberty care for himself".

(5)

It is therefore concluded that Deliberate Indifference to serious medical needs of prisoners' constitutes the "Unnecessary and Wanton Inflicition of Pain" Gregg v Georgia, supra at 173 (joint opinion), proscribed by the Eighth Amendment. This is true whether the Deliberate Indifference is manifested by prison Doctors in their response to the prisoner's needs or by prison guards in intentionally denying or delaying access to Medical Care or intentionally interfering with the treatment once prescribed. (see Exhibits 8, 9 and 10). regardless of how evidenced, Deliberate Indifference to a prisoner's serious illness or injury states a cause of action under § 1983.

Plaintiff pleads facts allege, upon his incarceration, Defendant's refused Plaintiff access to properly prescribed Medication fora "Disease" which left untreated, is potentially fatal. Moreover, Defendant's have ignored repeated orders of Hospital Physicians who prescribed Medicine and various other treatments.

Inmates who inform prison authorities of an Existing Medical Condition and Requests Appropriate Treatment, state a claim under Estelle v Gamble's Deliberate Indifference to serious Medical needs standard where inadequate treatment is recieved following a long delay. Goodman a/k/a/ Chase v Wagner 553 F supp 255 1982.

Allegations that a prisoner begged to keep medication, that officers responded rudely and the prisoner suffered serious Medical Complications due to lack of Medication stated an Eighth Amendment claim.

(6)

V

## EXHAUSTION OF LEGAL REMEDIES

Plaintiff Michael Cave used the prisoner grievance procedure
available at the JCJ/CF Unit (see Exhibits) to try to solve the
problem. On several different occiasions present the facts relating
to this complaint and recieved no response other than what are shown
in the Exhibits. Most ofthe time not answered at all.

VI

## LEGAL CLAIMS

. The Deliberate Indifference to the medical needs of Plaintiff
violated Plaintiff Michael Cave's rights and constituted Cruel
and Unusual punishment a due process violation, under the Eight
Amendment to the United States Constitution.

The Plaintiff has no plain, adequate or complete remedy at Law
to redress the wrongs described herein. Plaintiff has been and will continue
to beirreparably injured by the conduct of the Defendants unless this
Court grants the Declaratory and Injunctive relief which Plaintiff
seeks.

(7)

VII

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court enter judgement granting Plaintiff:

A declaration that the acts and ommissions described herein violated Plaintiff's rights under the Constitution and Laws of the United States.

A preliminary and permanent injunction ordering Defendants Larry Norris, Rick Toney, Dr. Shah, Sandra Ferrell and Wendy Kelly to stop hindering the issuance of Plaintiff's prescribed medications and for Plaintiff not to be harrassed about his medications prescribed by the United States Government (VA).

Compensatory damages in the amount of $100,000 against each Defendant jointly and severally.

Puntive damages in the amount of $50,000 against each Defendant.

A jury trial on all issues triable by jury.

Plaintiff's cost in this suit.

Any additional relief this Court deems just, proper and equitable.

Dated:   /0-/9- 2007

Respectfully submitted,

Michael Cave 134906
7206 W. 7th - 7 Barracks
Pine Bluff, AR. 71603

(8)

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and , as to those, I believe to be true. I certify under pentaly of perjury that the foregoing is true and correct.

Executed at Pine Bluff, Arkansas on _____10 - 17 - 2007_____

Michael Cave

(9)

## EXHIBITS

1.) Medication list from the VA (Federal Government)

2.) Informal Resolution (Dentures) 5/21/07

3.) Grievance (Dentures) 5/28/07

4.) Grievance Acknowledgement , sent to Infirmary 6/5/07

5.) Wardens Decision , sent to Infirmary 6/8/07

6.) Request to see Doctor, intercepted by Ms.Ferrell 6/28/07

7.) CMS response 6/26/07

8.) Informal Resolution about Meds 6/29/07

9.) Grievance aboutMeds 6/29/07

10.) Grievance about refusal to get Meds 7/2/07

11.) Warden response 7/2/07

12.) Informal Resolution about Doctor 7/6/07

13.) Grievance about Doctor

14.) Warden Toney's instructions, Grievance 7/18/07

15. Request for Interview, Deputy Director

16.) Deputy Director Acknowledgement 7/23/07

17.) Deputy Director Acknowledgement 7/26/07

18.) Letter to Ms. Kelly explaining my sutation.

```
--------------------------------------------------------------------
MEDICAL RECORD                                              Progress Note
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
TE DATED: 02/17/2005 14:29   ACTIVE MEDICATIONS
VISIT: 02/17/2005 13:20 DEAN
Active Outpatient Medications (including Supplies):

```
    Active Outpatient Medications                         Status
====================================================================
1)  ASPIRIN 325MG EC TAB TAKE ONE TABLET BY MOUTH ONCE     ACTIVE
        DAILY WITH FOOD FOR CIRCULATION
2)  CIMETIDINE 400MG TAB TAKE ONE TABLET BY MOUTH TWICE A  ACTIVE (S)
        DAY FOR STOMACH
3)  CLOPIDOGREL BISULFATE 75MG TAB (SP) TAKE ONE TABLET    ACTIVE
        BY MOUTH EVERY MORNING TO THIN BLOOD**CONSULT
        APPROVED**
4)  FELODIPINE 2.5MG TAB TAKE ONE TABLET BY MOUTH ONCE     ACTIVE
        DAILY FOR BLOOD PRESSURE / HEART -DO NOT TAKE WITH
        GRAPEFRUIT JUICE-
5)  FLUNISOLIDE 25MCG 200D NASAL INHL SPRAY 2 PUFFS IN     ACTIVE
        NOSTRIL TWICE A DAY SHAKE GENTLY BEFORE USE
6)  GEMFIBROZIL 600MG TAB TAKE ONE TABLET BY MOUTH TWICE   ACTIVE
        A DAY FOR HIGH CHOLESTEROL / TRIGLYCERIDES
7)  LISINOPRIL 10MG TAB TAKE ONE TABLET BY MOUTH ONCE      ACTIVE (S)
        DAILY FOR BLOOD PRESSURE
8)  METOPROLOL TARTRATE 100MG TAB TAKE ONE-HALF TABLET BY  ACTIVE
        MOUTH TWICE A DAY FOR BLOOD PRESSURE / HEART
9)  NITROGLYCERIN LINGUAL AEROSOL 200 DOSES SPRAY 1 PUFF   ACTIVE
        UNDER THE TONGUE AS DIRECTED FOR CHEST PAIN;MAX 3
        PUFFS, 5 MIN BETWEEN DOSES;IF NO RELIEF CALL 911
10) NITROGLYCERIN PATCH  5.0MG(0.2MG/HR) APPLY 1 PATCH[    ACTIVE
        5MG] TO AFFECTED AREA EVERY EVENING REMOVE EVERY
        MORNING , FOR HEART. ON AT NIGHT AND OFF IN THE
        MORNING
11) POTASSIUM CHLORIDE 8MEQ SA TAB TAKE ONE TABLET BY      ACTIVE
        MOUTH TWICE A DAY WITH FOOD
12) QUININE SULFATE 325MG CAP TAKE ONE CAPSULE BY MOUTH    ACTIVE (S)
        AT BEDTIME AS NEEDED FOR CRAMPS FOR LEG CRAMPS
13) SIMVASTATIN 40MG TAB TAKE ONE-HALF TABLET BY MOUTH     ACTIVE
        EVERY EVENING FOR CHOLESTEROL /USE TABLET SPLITTER
        IF ONE-HALF TABLET DOSING/
14) TRAZODONE 100MG TAB TAKE FOUR TABLETS BY MOUTH AT      ACTIVE
        BEDTIME AS NEEDED FOR SLEEP AND DEPRESSION
15) VENLAFAXINE HCL 150MG SA CAP TAKE TWO CAPSULES BY      ACTIVE
        MOUTH ONCE DAILY FOR DEPRESSION AND PTSD

            Signed by: /es/ CONNY S WOOD
                       PATIENT SERVICES ASSISTANT-MTV
                       02/17/2005 14:29
```



(2)

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER  ᶜᵉˢ/ᶜF

PLEASE PRINT
Name  ____Michael  Cave_____  ADC# _134 906_  Brks _7_  Job Assignment _30_

IS THIS AN EMERGENCY SITUATION? YES ___ NO ✓ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk of physical harm.  It should not be declared for ordinary problems that are not of a serious nature.)  If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff.  REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern.  This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected.  **One issue** or incident per complaint form.  Additional pages or forms will **not** be allowed.

Since April 27ᵗʰ 2007 I have submited 2 Requests for Interview and 1 Sick Call Form to try to find out about my dentures. The Cass Fitting I had for my dentures was over 7 weeks ago at the Tucker Unit. At that time I was informed that I would have my dentures in 3 weeks. It has now been 7 weeks. This whole process started last year in October 2006. They did not have to pull any teeth, just make the dentures. Why would it take so long? I need my dentures so I can eat properly. And this chable me ?$5.? to ask a question

__Michael Cave__                                                         5-21-2007
Inmate Signature                                                              Date

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

__Joe Murray__     05-22-07 9:00pu       __[signature]__
PRINT STAFF NAME (PROBLEM SOLVER)          Staff Code     Staff Signature / Date Received

Was this deemed an emergency?  Yes _____ No ✓
Was there a need to contact  medical?  Yes ✓ No _____  If yes, give name of person contacted? __Mr. Freal__
Describe action taken to resolve complaint, including dates. _you were transfered to JCT from Tucker unit on 4/27/07 & we no not have case for you grievt since that date, you were seen by dentist on 5/21/07 and told you were on the print list a Doc-as and arrived by sent earl. you came come up_

Was issue resolved? Yes ✓ No _____  Does inmate agree that issue was resolved? Yes _____ No ✓

__[signature]__   5/29/67              __M. Cave__
Staff Signature/Date                          Inmate Signature/Date

DISTRIBUTION:  YELLOW – Inmate Receipt

(AFTER COMPLETION)  PINK – Problem Solver Copy     BLUE – Grievance Officer
ORIGINAL – Given back to the Inmate After Completion      810-00  (Z)

# GRIEVANCE FORM - (Attachment 1A)

**UNIT/CENTER** JCJ/CF

FOR OFFICE USE ONLY

Grv. # _____

Date Received _____

Grievance Code: _____

**PLEASE PRINT**
Name _Michael CANE_   ADC# _134 906_  Brks _7_  Job Assignment _BJ_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?  Yes X   No _____

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

## THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes __ No X If yes, give date _5-21-07_

Why do you feel the informal resolution was unsuccessful? _I GAVE MY INFORMAL RESOLUTION TO COII MURRAY ON THE ABOVE DATE AND HE HAS NOT RESPONDED. IT HAS BEEN OVER A WEEK WITH NO RESPONSE._

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_Since April 27th 2007 I have submitted 2 requests for interview and 1 sick call form to try to find out about my dentures. The last fitting I had for my dentures was now over 8 weeks ago. At the time I was informed that I would have my dentures in 3 weeks. I has now been 8 weeks. This whole thing started last year in October 2006. They did not have to pull any teeth, I just make the dentures. Why would it take so long? I need my dentures so I can eat properly. And now they have charged me $5.00 to ask a question. This will serve notice that I have exhausted my state remedies._

IS THIS AN EMERGENCY SITUATION? YES ___ NO X If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

**INMATE SIGNATURE**          **DATE** 5-28-2007

## (TO BE FILLED OUT BY THE RECEIVING OFFICER)

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____  Signature _____   (3)

FROM WHICH INMATE? _____   ADC# _____

DATE: _____   TIME: _____

TO: Inmate   Cave, Michael                                      ADC #:   134906A

FROM: Toney, Ricky (Rick) L                                     TITLE:   Correctional Warden

RE: Notification of Grievance Received.                         GRIEVANCE #:  JC-07-00072

DATE:  06/05/2007

Please be advised, I have received your Grievance dated   05/28/2007  on  05/29/2007

You will receive communication from this office regarding the Grievance by   06/26/2007

_____
Signature of Grievance Officer/ARO

## CHOOSE ONE OF THE FOLLOWING

⊕   This Grievance is of a medical nature and has been forwarded to the infirmary staff.

⊙   This Grievance has been determined to be an emergency situation, as you so indicated.

⊙   This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

_____
Warden/Center Supervisor's Signature

_____
Deputy/Assistant Director or Director's
Signature

## WARDEN'S/CENTER SUPERVISOR'S DECISION

have determined that your grievance is a medical matter. I have forwarded your grievance to the Medical Administrator vho will provide a written response, and will interview you within twenty working days of the date I received your rievance. Should you receive no response within this time frame, or the response that you receive is unsatisfactory, you aay appeal to the Deputy Director for Health and Correctional programs. If you have medical needs that you believe are trgent, put in a Sick Call Request for an Interview to the Medical Administrator.

_____        _____        _6 - 8 -07_
Signature of ARO or                        Title                                         Date
Warden's/Supervisor's Designee

## INMATE'S APPEAL

f you are not satisfied with this response, you may appeal this decision within five days by filling in the information equested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the lecision to the original complaint. Do not list additional issues which are not part of your complaint.

VHY DO YOU NOT AGREE WITH THE RESPONSE?

_____        _____        _____
Inmate Signature                              ADC#                                        Date

⑤

You must go through the sick call Process ③
To be Referred

**REQUEST FOR INTERVIEW**

UNIT _____ 203/05

Referral
6-27-07   6/28/07

TO: _____ Dr Slunh

FROM: _____ Michael CAve _____   OFFICE: _____ Infirmary   NUMBER: _____ 134406   BKS: _____ 7
(Inmate's Name)

JOB ASSIGNMENT: _____ 3d

WORKING HOURS: _____   TO: _____   SUPERVISOR: _____

GIVE A DETAILED REASON FOR INTERVIEW: _____ I need to see Dr Slunh about
my medications _____

_____ Inmate's Signature

ADC-COC-614

⑥

# CMS GRIEVANCE RESPONSE

GRIEVANCE#: JC-07-00072

| INMATE: Cave, Michael | ADC#: 134906 | DOB: 05/05/1946 |
|---|---|---|
| Facility: Jefferson Co Jail/Corr Fac [S01] | | Barracks: BK07 |
| Grv. Date: 05/29/2007 | Date Infirmary Recd: 06/12/2007 | Response Date: 06/26/2007 |

Interview:   Required ✪    Deferred ✪

**Inmate's Complaints: (Code:)**
Medical (620)On April 27th I have submitted 2 requests for interview and 1 sick call form to try to find out about my dentures. The last fitting I had was now over 8 weeks ago at the Tucker Unit. At this time I was informed that I would have my dentures in 3 weeks. I need my dentures so I can eat properly and now they have charged me $3.00 to ask a question.

**Responses:**
Your request for interviews and sick call were handled by Dentist Dr. Jones. He on May 21, 2007 explained to you since you were transferred from Tucker while your dentures were being made he would have to locate your dentures. You were again seen by dental on 6-11-07 where you were fitted for the dentures and you are to return for delivery when completed

**Recommendations:**
Watch for dental lay in for issuance of your dentures.

_____          6/26/07
Responding Staff                                    Date

Follow Up Required?:   Yes ✪    No ✪

CCS Infirmary 7/5/07

**INFORMAL RESOLUTION FORM (Attachment 1)**

JUL 0 2 2007

JC-07-00080

UNIT/CENTER __JCS/CF__

Jefferson County
Correctional Facility

PLEASE PRINT
Name __Michael Cave__      ADC# __134906__  Brks __1__   Job Assignment __Su__

IS THIS AN EMERGENCY SITUATION? YES ___ NO ___ If yes, why? __Could Have Been__

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. _One issue_ or incident per complaint form. Additional pages or forms will **not** be allowed.

_ON 6-27-2007 Mrs Garrett Refused To Give me my meds At Approx. 9:30Am I Explained to Mrs Garrett that CO Johnson had Refused to Let me come To Pill Call Earlier (4:30Am) But she still Refused my meds. By being a chronic Care Heart patient, I need my meds. Mrs Garrett has my medical Records in my jacket But she would still Not give me my meds. This is Cruel And Unusual punishment. Because of Mrs Garrett's Actions / inActions I Received No Heart medication All Day._

Inmate Signature                                          Date __6-29-07__

---

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

STAFF RECEIPT AND ACTION TAKEN

6/29/07                                    6/29/07

PRINT STAFF NAME (PROBLEM SOLVER)          Staff Code      Staff Signature / Date Received

Was this deemed an emergency?  Yes _____  No __✓__

Was there a need to contact medical? Yes __✓__ No _____  If yes, give name of person contacted? _____

Describe action taken to resolve complaint, including dates. _On 6-27-07 inmate Cave. 134906 came to nurse pull stated he did not get his AM medication. I explain to inmate that this is non pill call and medication has to be given according to time. Reason I explain to [inmate] CMS policy and that the other people in that barracks came to pill call and if AM. I would not let him come to pill [call] notify the Supervisor for that shift because he is a [chronic] care..._

Was issue resolved? Yes __✓__ No _____      Does inmate agree that issue was resolved? Yes _____ No __✓__

Staff Signature/Date   6/29/07            Inmate Signature/Date  6-28-07

DISTRIBUTION: YELLOW – Inmate Receipt

(AFTER COMPLETION)   PINK – Problem Solver Copy    BLUE – Grievance Officer

ORIGINAL – Given back to the Inmate After Completion

810-00

# GRIEVANCE FORM - (Attachment 1A) Grievance Office

| | FOR OFFICE USE ONLY |
|---|---|
| | Grv. # JC-07-00090 |
| UNIT/CENTER  JCJ/CF   JUL 0 2 2007 | Date Received  7-2-07 |
| | Grievance Code:  600 |

Jefferson County
Correctional Facility

PLEASE PRINT
Name  Michael Cate          ADC# 132906   Brks  9   Job Assignment  9..

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes  X    No _____

*****************************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

## THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

### Informal Action Taken

Have you discussed this problem with your designated problem-solver? Yes X  No __ If yes, give date 6-24-07

Why do you feel the informal resolution was unsuccessful? NOTHING WAS DONE ABOUT THE PROBLEM
Mrs GARRET SEEMS TO WANT TO BLAME SECURITY which is NOT RIGHT.
How CAN it be NOON pill CALL AT 9:50 iN THE AM.

*****************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

ON 6-24-07 Mrs GARRETT REFUSED TO GIVE ME MY MEDS AT APPROX 9:30 AM.
I EXPLAINED TO Mrs GARRETT THAT CO JOHNSON HAD REFUSED TO LET ME COME
TO Pill CALL EARLIER (4:30 AM.) BUT she STILL REFUSED MY MEDS. By BEiNG
A chRONic CARE HEART PATIENT, I NEED MY MEDS. Mrs GARRETT HAS MY MEDICAL
JACKET WITH MY RECORDS iN it, BUT she WOULD NOT give ME MY MEDS. This is
CRUEL And UNUSUAL pUNishMENT. BECAUSE oF MRS GARRETT'S ACTIONS/iN ACTIONS
I RECIEVED NO HEART MEDICATION ALL DAY. MRS GARRET DiD NOT ADViSE ME oF
ANYTHiNG. HER RESPONSE is FALSE. Mrs GARRETT JUSS FLAT TO ME "NO" WHEN
I TRIED TO EXPLAIN MY SITUATION With MY MEDS. Pill CALL is "Pill CALL".
SGT WAYNE TURNER WITNESSES Mrs GARRET REFUSiNG MY MEDS.

IS THIS AN EMERGENCY SITUATION? YES ___  NO ✓  If yes, why? IT COULD hAVE EASiLY BEEN

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_____                        6-24-07
**INMATE SIGNATURE**                                **DATE**

(TO BE FILLED OUT BY THE RECEIVING OFFICER)

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____  Signature _____

FROM WHICH INMATE? _____  ADC# _____

DATE: _____  TIME: _____

**GRIEVANCE FORM - (Attachment 1A)**

UNIT/CENTER _Jes/CF_____

| FOR OFFICE USE ONLY |
| --- |
| Grv. # _____ |
| Date Received _____ |
| Grievance Code: _____ |

PLEASE PRINT
Name _____Michael Case_____ ADC# _134906_ Brks _7_ Job Assignment _.3J_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes _X_____  No _____

**********************************************************************************************************

Underline: All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.

## THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes __ No **X** If yes, give date _____

Why do you feel the informal resolution was unsuccessful? _I RECIEJED No RESPONSE per_

_At 04-01 within 12 hours and CO Johnson wonker all weekend. So_

_I must submit this as is._

**********************************************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_On 6-17-07 CO Johnson Refused To Let me Go To pill call at 4:30 am. My_
_HANDBOOK says THE Pill Call goes from 4 Am. To 5 Am. By being A chronic_
_care Heart patient, This medieation is very important to me. This is_
_Cruel and Unusual Punishment. Especially when she let 2 other inmates_
_Go To THE Infirmary After refusing me. Because of CO Johnson's Actions/inActions_
_I was denied my med at 4:30 Am by Nrs Garrett. This seems to be funny to_
_some officers CO Skinner-Sgt Goins-Lt Allen and other BUt This is Serious To me_
_This medieation is what keeps me Alive._

IS THIS AN EMERGENCY SITUATION?   YES ___  NO _✓_   If yes, why? _It Very Easily could have been_

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Mhlce_                                                          _7-2-07_

_____                    _____
INMATE SIGNATURE                                              DATE

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

**RECEIPT FOR EMERGENCY SITUATIONS**                     (10)

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _____ ADC# _____

DATE: _____    TIME: _____



## WARDEN'S/CENTER SUPERVISOR'S DECISION

have determined that your grievance is a medical matter. I have forwarded your grievance to the Medical Administrator who will provide a written response, and will interview you within twenty working days of the date I received your grievance. Should you receive no response within this time frame, or the response that you receive is unsatisfactory, you may appeal to the Deputy Director for Health and Correctional programs. If you have medical needs that you believe are urgent, put in a Sick Call Request for an Interview to the Medical Administrator.

| | | |
|---|---|---|
| Signature of ARO or Warden's/Supervisor's Designee | Title | 7-2-07 Date |

## INMATE'S APPEAL

f you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE?

| | | |
|---|---|---|
| Inmate Signature | ADC# | Date |

RECEIVED
OFFICE OF THE
INVESTIGATOR

JUL 25 2007

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

RECEIVED
OFFICE OF THE
INVESTIGATOR

JUL 19 2007

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER ___SCJ/CF___

PLEASE PRINT
Name ___Michael Cane___   ADC# 134906   Brks 7   Job Assignment 3-0

IS THIS AN EMERGENCY SITUATION? YES ___ NO _X_ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

ON 5-9-2007 Ms Ferrell published a memo stating that if you needed a change in your medication times you had to get a written order from your MD. On 6-27-2007 I put in a request to Dr Shah to talk to him about my meds. On 7-5-2007 I recieved my request back and Ms Ferrell had written on it that I must put in a sick call. Who has given Ms Ferrell the authority to intercept Dr Shah's mail. My request was to Dr Shah about my meds. Not to Ms Ferrell. Does Ms Ferrell intercept everyones mail or just mine? Inmates are allowed Medical Care, why would Ms Ferrell be able to stop inmates Rights to Medical Care. This is against the Constitution. All Ms Ferrell wants is $3.00.

Inmate Signature _____   Date 7-6-07

---

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY.**

STAFF RECEIPT AND ACTION TAKEN

PRINT STAFF NAME (PROBLEM SOLVER)   Staff Code   Staff Signature / Date Received   12:00pm 7/6/07

Was this deemed an emergency? Yes ___ No ___

Was there a need to contact medical? Yes ___ No ___ If yes, give name of person contacted? ___

Describe action taken to resolve complaint, including dates. Per ADC policy you must be seen in nurse sick call to be refered to the MD. You must state your reasons for you medication times needing to be changed. CMS does not change #3 bottom per sick call - ADC does this. MS Ferrell is Health Service Administrator of SCJ. all requests to the MD are treated in the same manner. They must go through the sick call process to see the MD unless it is an emergency.

Was issue resolved? Yes _X_ No ___   Does inmate agree that issue was resolved? Yes ___ No _✓_

Staff Signature/Date 7-10-07   Inmate Signature/Date 7-10-07

DISTRIBUTION: YELLOW – Inmate Receipt

(AFTER COMPLETION) PINK – Problem Solver Copy   BLUE – Grievance Officer
ORIGINAL – Given back to the Inmate After Completion   810-00

**GRIEVANCE FORM - (Attachment 1A)**

| | FOR OFFICE USE ONLY |
|---|---|
| UNIT/CENTER _303 /CF_ | Grv. # _____ |
| | Date Received _____ |
| | Grievance Code: _____ |

PLEASE PRINT.
Name _Michael Cave_ _____ ADC# _13st 906_ Brks _1_ Job Assignment _BU_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes _X_   No _____

**********************************************************************************************************

<u>All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.</u>

THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes __ No X If yes, give date _____

Why do you feel the informal resolution was unsuccessful? _per AD 04-01 An informal resolution_
_is to be Answered within 12 hrs. Neither Sgt Kitchens or Ms Ferrell has_
_done so. So again, As in the past, I must file this Grievance As is._

**********************************************************************************************************

Please give a <u>BRIEF</u>, clear statement of your grievance. This statement must be specific as to the complaint, <u>dates</u>, places, personnel involved, how <u>you</u> were affected and what you want to resolve the issue. <u>One issue</u> or incident per grievance. Additional pages or forms will <u>not</u> be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_On 5-4-2007 Ms Ferrell published a memo stating that if you needed a change_
_in your medication times you had to get A written order from your M.D. On_
_6-27-07 I put in A request to Dr Shah, To talk to him about my meds. On 7-5-2007_
_I received my request back And Ms Ferrell had written on it that I must put in A_
_sick call. Who has given Ms Ferrell the Authority to intercept And read Dr Shah's_
_mail. My request was to Dr Shah about my meds, not to Ms Ferrell. Does Ms Ferrell_
_intercept And read everyones mail or just mine? Inmates are Allowed And required_
_by the Constitution medical care. How can Ms Ferrell be Able to stop medical_
_care to inmates. All Ms Ferrell wants is $3.00 she does not care About._
_The medical care given to inmates. And how can she keep inmates from_
_seeing their doctors._

IS THIS AN EMERGENCY SITUATION? YES ___ NO _Y_   If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_____     _7-10-07_
        INMATE SIGNATURE                          DATE

(TO BE FILLED OUT BY THE RECEIVING OFFICER)

**RECEIPT FOR EMERGENCY SITUATIONS**          (13)

OFFICER (Please Print) _____ Signature _____

FROM WHICH INMATE? _____ ADC# _____

DATE: _____ TIME: _____

**GRIEVANCE FORM - (Attachment 1A)**

| FOR OFFICE USE ONLY |
| --- |
| Grv. # _____ |
| Date Received _____ |
| Grievance Code: _____ |

UNIT/CENTER ___SOS/CF_____

PLEASE PRINT
Name ___Michael Cave____ ADC# _134906_ Brks _7_ Job Assignment _BW_

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes _X_   No _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes _X_ No ___ If yes, give date _7-2-07_

Why do you feel the informal resolution was unsuccessful? _As per Warden's instructions_

_____

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_As per Warden Toney's instructions, I have not recieved any_
_information from the Medical Administrator, So I am mailing your_
_(Warden Toney's) information to Deputy of Health Director. I have_
_also not recieved my medication of Quinne for over 10 days now._

_____

_____

RECEIVED
~~OFFICE OF THE~~
INVESTIGATOR

JUL 19 2007

~~HEALTH & CORRECTIONAL PROGS.~~
~~AR DEPT. OF CORRECTION~~

IS THIS AN EMERGENCY SITUATION? YES ___ NO _X_ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Nick Cave_                                             _7-18-07_
INMATE SIGNATURE                                   DATE

(TO BE FILLED OUT BY THE RECEIVING OFFICER)

~~RECEIVED~~
~~OFFICE OF THE~~
~~INVESTIGATOR~~     (14)

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____ Signature _____ JUL 25 2007

FROM WHICH INMATE? _____ ADC# _____
~~HEALTH & CORRECTIONAL PROGS.~~
DATE: _____ TIME: _____ ~~AR DEPT. OF CORRECTION~~

# REQUEST FOR INTERVIEW

UNIT 202/CF

DATE: 7-18-07

TO: Deputy Director for Health & Correctional Programs OFFICE: D.O.C.

FROM: Michael Cole    NUMBER: 134406    BKS: 7
(Inmate's Name)

JOB ASSIGNMENT: B

WORKING HOURS: _____ TO: _____  SUPERVISOR: _____

GIVE A DETAILED REASON FOR INTERVIEW: Per Warden Toney's instructions

RECEIVED
OFFICE OF THE
INVESTIGATOR

JUL 25 2007

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

_____
Inmate's Signature

ADC-CDC-614



# ACKNOWLEDGMENT OF GRIEVANCE

TO:        Inmate <u>CAVE, MICHAEL</u>        ADC# <u>134906</u>        Unit <u>JCJ / CF</u>

FROM:    Wendy Kelley, Deputy Director

RE:        Receipt of Grievance  <u>JC07-00090</u>

DATE:    <u>July 23, 2007</u>

Please be advised, the appeal of your grievance dated <u>NO DATE</u>
                was received in my office on this date <u>7-19-07</u>

You will receive a response from this office by

### OR

☐    This grievance is being returned to you because the time allowed for appeal has expired

☒    This grievance is being returned to you because you have not attached
            ☒ the informal resolution (Attachment 1)
            ☒ the original grievance form (Attachment 1a)
            ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
            ☒ the Infirmary Response and/or the Mental Health Response
            ☒ a clear statement of appeal (Back of Attachment 2)
    Return your grievance with the checked items if you wish to continue the appeal process.

RECEIVED
OFFICE OF THE
INVESTIGATOR

JUL 2 5 2007        (16)

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

# ACKNOWLEDGMENT OF GRIEVANCE

TO:     Inmate Cave, Michael     ADC# 134906     Unit JCJ

FROM:   Wendy Kelley, Deputy Director

RE:     Receipt of Grievance  NONE

DATE:   July 26, 2007

Please be advised, the appeal of your grievance dated None Received
           was received in my office on this date _July 25, 2007

You will receive a response from this office by

## OR

☐    This grievance is being returned to you because the time allowed for appeal has expired

      This grievance is being returned to you because you have not attached
        ☒ the informal resolution (Attachment 1)
        ☒ the original grievance form (Attachment 1a)
        ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
        ☒ the Infirmary Response and/or the Mental Health Response
        ☒ a clear statement of appeal (Back of Attachment 2)
    Return your grievance with the checked items if you wish to continue the appeal process.

I am unable to provide an investigation and response to a complaint when I have not received the processed grievance, the medical response and your reason for appeal. This grievance was received by the Warden's office on 6/29/07 and your response was not due from the medical staff until 7/31/07.

Your original grievance was not sent to Ms. Ferrell. It is copied and the "original" documents are returned to you. When all of the appropriate original documents and your statement of appeal are received in my office I will conduct an investigation and provide a response.



Ms Kelly

IN RESPONSE TO YOUR AcKNoWLEDGMENT of GRIEVANCE THE inFoRmal RESoLuTioN AND THE ORGIoNAL GRIEVANCE is iN THE HANDS of Ms FENNELL who has NOT RESPONDED To EiTHER. I Am oNly DoING AS THE WARDEN ADVISES. If THis is NoT good ENoVGh THEN MAYBE I shoulD HAVE RECIEVED BETTER iNSTRUCTIONS From the WARDEN. If you will Look AT THE GRIEVANCE it is clEARly DATED 7-18-07.

   This commuNicATioN will SERVE As MY EXHAUSTED STATE REMEDIES.

                    ThANK You

                    Milton Carr 13-406

RECEIVED
OFFICE OF THE
INVESTIGATOR

JUL 25 2007

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

As you are able to see is that there is a problem with the Medical Department here at JCJ/CF when they (CMS) will not give you your Medications that were prescribed for your medical problems. This could be considered punishment that involves a Lingerling Death, especially with "Heart" problems such as mine.I would just as soon not die in here for lack of medication that has been prescribed.

Sincerely,

Michael Cave 134906
7206 W. 7th - 7 Barracks
Pine Bluff, Arkansas 71603

**UNIT LEVEL GRIEVANCE FORM** (Attachment **Grievance Office**

Unit/Center ___JC3 /CF___

Name ___MICHAEL CAVE___                    SEP 21 2007

ADC# __13-4906__   Brks # __7__   Job Assignment __3J__
                                          Jefferson County
                                       Correctional Facility

__9-17-07__ (Date) STEP ONE: Informal Resolution

__9-21-07__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
         If the issue was not resolved during Step One, state why: __STILL NOT RESOLVED__

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_____

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _____

PER UNIT POLICY 14.6.0 SECTION III F, NOTARY SERVICE STATES: NOTARY
SERVICE SHALL BE GIVEN AT 8:30 AM TO 9:00 AM AND SECOND CALL
FROM 8:30 PM TO 9:00 PM. THIS WILL GIVE INMATES AMPLE TIME TO
PREPARE THEIR PAPERS FOR NOTARY SERVICE.

THIS POLICY IS NOT BEING FOLLOWED.

_____
_____
_____
_____
_____
_____

___Mih Ca___                              ___9-17-07___
Inmate Signature                          Date
*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on __9/19/07__ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? __NO__ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

___David H. Hitchcock___  __4326__   ___SLH___   ___9/19/07 11:00am___
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including **dates**: __ON 9/19/07 I ASKED CPT HUDSON__
__TO ADVISE THE LT'S TO GIVE NOTARY CALL.__

___Duh___ __9/20/07__                    ___Mih Ca___ __9/20/07__
Staff Signature & Date Returned          Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.