# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL CAVE**  
                                      **PLAINTIFF**

**V.**                **No. 5:07CV00266 JMM-BD**

**LARRY NORRIS, et al.**                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby GRANTS the Motion to Dismiss filed by Separate Defendants Norris, Toney, and Kelley (#18). In addition, the Court GRANTS the Motion to Dismiss filed by Separate Defendant Ferrell (#33). All claims against Defendants Norris, Toney, Kelley, and Ferrell should be DISMISSED without prejudice.

IT IS SO ORDERED, this 24th day of March, 2008.

_____  
UNITED STATES DISTRICT JUDGE