IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL CAVE**                                                                                 **PLAINTIFF**

V.                             No. 5:07CV00266-BD

**LARRY NORRIS, et al.**                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 8th day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE